IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>SEALED,<br>Defendants | CRIMINAL NO. 22-342 (ADC) |

## MOTION TO SEAL INDICTMENT

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by the undersigned attorneys, and very respectfully states and prays as follows:

1. That attached to this motion is a sealed envelope containing an Indictment.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the pleading be kept under seal until the arrest of any defendant in the instant case.

**WHEREFORE**, the United States of America respectfully prays the Court to grant this request.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of August 2022.

W. STEPHEN MULDROW
United States Attorney

/s/ Seth A. Erbe
Seth A. Erbe – USDC-PR No. 220807
Assistant U.S. Attorney
U.S. Attorney's Office
350 Carlos Chardón Avenue
Torre Chardón, Suite 1201
San Juan, PR 00918
Tel: 787-766-5656