# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**SEALED MINUTE OF PROCEEDINGS**  
**U.S. MAGISTRATE JUDGE CAMILLE VELEZ-RIVE**

DATE: August 3, 2022  
AUSA Seth Erbe

UNITED STATES OF AMERICA

Plaintiff

v

Sealed (3)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No. **22-CR-342 (ADC)**

Indictment was filed in open court.

**Arraignment to be set upon arrest.**

Case is assigned to Judge Aida M. Delgado-Colon.

**NEW CASE:**

- ☐ This Indictment supersedes Criminal Case No. _____.
- ☐ Defendant(s) **appeared** in _____. Magistrate case merged and closed.
- ☐ Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.
- ☒ Defendant(s) **not charged** in magistrate case.
- ☒ The Court granted the government's motion to seal.
- ☐ Defendant(s) to remain on same bond.
- ☐ Defendant(s) under custody: _____. Marshal to produce defendant(s).
- ☒ Arrest warrants to be issued.
- ☐ Summons to be issued.

**S/Rafael Martínez**  
Courtroom Deputy Clerk