IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff

v.

SEALED,
    Defendants.

Criminal No. 22-342 (ADC)

## ORDER OF RECUSAL

The undersigned disqualifies herself from this case and all further proceedings within the same.

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of August, 2022.

S/AIDA M. DELGADO-COLON
**United States District Judge**