# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>         v.<br><br>**[1] WANDA VAZQUEZ GARCED,**<br>**[2] JULIO M. HERRERA VELUTINI,**<br>**[3] MARK T. ROSSINI,**<br>Defendants. | **CRIMINAL NO. 22-342 (RAM)** |

## UNITED STATES' MOTION TO RESTRICT

The United States requests leave to file a motion under the "Selected Parties" restriction level as the nature of the motion relates to the Protective Order (ECF No. 27) issued by the Court.

WHEREFORE, the United States respectfully requests that the present motion to restrict be GRANTED by this Court.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 29th day of August, 2022.

        COREY R. AMUNDSON
        Chief, Public Integrity Section
        U.S Department of Justice

        */s/ Nicholas W. Cannon*
        Nicholas W. Cannon
        Trial Attorney (G01814)
        Department of Justice
        Public Integrity Section
        1301 New York Ave., NW
        10th Floor
        Washington, D.C. 20530
        (202) 514-8187
        nicholas.cannon2@usdoj.gov