IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>      v.<br><br>[1] WANDA VAZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (RAM)<br><br>SELECTED PARTIES |

**UNITED STATES' INFORMATIVE MOTION REGARDING POTENTIAL VIOLATION OF COURT ORDER**

On August 12, 2022, the Court issued a Protective Order (ECF No. 27.) that restricted certain communications with the public, media, and press regarding the above captioned case. Specifically, the Court restricted all defendants and representatives from the United States from "divulging, talking to, or discussing with, the press, medial, and public, including without limitation, through social media networks, any information other than that entered without restriction on the docket or disclosed in open court, related to the facts of the captioned case." (ECF No. 27, p. 1.) The Court explicitly noted that "[s]tatements or information intended to influence public opinion regarding the merits of this case are specifically designated as information which could prejudice a party." (*Id*. at p. 2.)

On August 27, 2022, Wanda Vázquez-Garced ("Ms. Vázquez") published the following message on Twitter[1]:

---

[1] As of the filing of this pleading, Ms. Vázquez had over eighty-six thousand followers. This includes several members of the media. Ms. Vázquez's account is open to the public and the above captioned screen shot was captured without a twitter account.



Translated into English, the quote in Vázquez's Twitter post states: "The obvious injustice is there for all who are not blinded by prejudice to see." While Ms. Vázquez does not reference her criminal case directly, this type of communication is certainly capable – if not intended to be – of influencing "public opinion regarding the merits of the case." (ECF No. 27, p. 2.) Moreover, there is nothing about Ms. Vázquez's Twitter post to suggest that it references

anything *other* than her pending criminal case.[2] Notably, this is not the first time that Ms. Vázquez and/or her counsel have commented publicly about the merits of the government's investigation into the conduct underpinning the instant charges.[3]

WHEREFORE, the United States requests that the Court take notice of the actions of defendant Vázquez and take whatever action is deems appropriate at this time.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 29th day of August 2022.

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S Department of Justice


*/s/ Nicholas W. Cannon*
Nicholas W. Cannon
Trial Attorney (G01814)
Department of Justice
Public Integrity Section
1301 New York Ave., NW
10th Floor
Washington, D.C. 20530
(202) 514-8187
nicholas.cannon2@usdoj.gov

---

[2] News outlets have already started to report on Ms. Vazquez's tweet. *See*, Editorial, Former Governor Wanda Vazquez reappears on social networks with a message of "injustice," El Vocero (August 29, 2022), https://www.elvocero.com/actualidad/otros/la-exgobernadora-wanda-v-zquez-reaparece-en-las-redes-sociales-con-un-mensaje-de-injusticia/article_5f77bc0e-27a7-11ed-a616-2faf6a448b9c.html; Editorial, Wanda Vazquz returns to Twitter and sends a message about "injustice," Noticel (August 27, 2022), https://www.noticel.com/ahora/top-stories/20220827/wanda-vazquez-regresa-a-twitter-y-envia-mensaje-sobre-la-injusticia/

[3] *See e.g.,* Editorial, Wanda Vazquez prepares to be accused by federal government: "I have not committed any crime," Noticel, (May 12, 2022), https://www.elvocero.com/ley-y-orden/federal/wanda-v-zquez-se-prepara-para-ser-acusada-por-los-federales-no-he-cometido-ning/article_bb9073a0-d239-11ec-acc3-c37927e54284.html; Miguel Rivera Puig, Pandora's box opens: former governor Wanda Vazquez is in the peephole, (May 13, 2022), https://www.elvocero.com/ley-y-orden/federal/se-abre-la-caja-de-pandora-en-la-mirilla-la-exgobernadora-wanda-v-zquez-garced/article_e77701b6-d264-11ec-a163-377b12106689.html#tncms-source=article-nav-next (Attorney Luis Plaza commenting at length on the purported evidence and noting that it was a "technical case."