**Exhibit C**

---

**From:** Crosswell, Ryan R. (CRM) <Ryan.R.Crosswell@usdoj.gov>
**Sent:** Friday, October 21, 2022 3:43 PM
**To:** Ignacio Fernandez de Lahongrais <Ignacio@bufetefernandezalcaraz.com>; plaza@luisplazalaw.com; peterjohnporrata@gmail.com; Michael Zweiback <michael.zweiback@zfzlaw.com>; Lily Sanchez <lsanchez@thelsfirm.com>; Torres, Sonia <Sonia.Torres@us.dlapiper.com>; sharan@wmhlaw.com; Derek Cohen <Derek.cohen@wmhlaw.com>; lizarribarlaw@gmail.com
**Cc:** Cannon, Nicholas (CRM) <Nicholas.Cannon2@usdoj.gov>; Orozco, Dinora (CRM) <Dinora.Orozco@usdoj.gov>
**Subject:** U.S. v. Vazquez, et al. - Search Warrant Returns

 EXTERNAL MESSAGE

Counsel,

As a follow-up to our discussion with each of you in the last week, search warrants were executed on email accounts belonging to all three defendants in this case, and, in the case of Ms. Vazquez, her cellular phone. Out of an abundance of caution, for all defendants' accounts, we ran the returns against filter terms. In the case of each defendant, the filter term search resulted in thousands of documents being sent to the filter side. We expect that there are documents on the filter side that are not presumptively privileged or privileged, because as in almost any filter review, the search term filter results in documents going to the filter side that do not actually contain privileged communications. Also, we don't believe that any of the defendants were aware that they were being investigated at the time the search warrants were executed, so we do not expect that any privileged communications will pertain to the subject matter of the charges. That said, I'm only speculating - as this material is not in the prosecution team's possession, we don't know what they contain. The filter review is not complete; the number of documents, and the Spanish communication, render it more difficult than most filter reviews.

As mentioned in the calls, we will soon be providing you with the full raw data from each account and device belonging to your individual client. We will also be providing you the "case side" contents of the search warrant returns from your clients' co-defendants. We cannot, however, produce to you the contents of your co-defendants' returns that are on the "privilege side," meaning that they hit off one of our filter terms and have not yet been determined to not be privileged. However, with your consent, we will provide all three defendants with the full raw data of all three defendants' returns. We will further agree that this consent will not constitute a waiver of attorney-client privilege as to the government; if you are concerned that this agreement by the government is not enough to protect against waiver, we are willing to draft an order that can be signed by the court. And, obviously, you would be free to enter into a clawback agreement amongst yourselves. If you want to go this route, just let us know. We will continue to provide all three defendants any material our filter attorney deems to be non-privileged.

Please let us know if you have any questions or would like to discuss further.

Thanks, and have a nice weekend.

Ryan R. Crosswell
Trial Attorney
United States Department of Justice
Criminal Division | Public Integrity Section
1301 New York Ave, NW
Suite 1019
Washington, DC 20530
(c) 202-330-1295
(d) 202-616-5699

**Exhibit C**

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.