IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WANDA VÁZQUEZ-GARCED [1],<br>JULIO M. HERRERA-VELUTINI [2],<br>AND MARK T. ROSSINI [3],<br><br>    Defendants. | CRIM. NO. 22-342 (SCC) |

**PROTECTIVE ORDER**

In view of the Court's Order at Docket No. 404 granting the Government's Motion filed at Docket No. 403, and Pursuant to Federal Rule of Evidence 502(d), Federal Rule of Criminal Procedure 16(d), and the Court's Protective Orders at Docket Nos. 31 and 76 it is **ORDERED** that:

**(1)** The Government, by and through its assigned Filter Team, is authorized to produce to the Defendants discovery materials that may contain information potentially subject to the attorney-client privilege, attorney work product doctrine, or other privilege or protection belonging to a third party (collectively, the "BIBTC Filter Material").

**(2)** The BIBTC Filter Material was obtained in response to search warrants executed on an Apple Account associated with Defendant Herrera-Velutini; a Yahoo Account associated with Defendant Herrera-Velutini; an Apple Account associated with Defendant Rossini; a Google Account associated with Defendant Rossini; an Apple Account associated with Frances Díaz, the former president of BIBTC who pleaded guilty in March 2022 in Case No. 22-cr-085 (FAB); a Yahoo Account associated with Díaz; and two phones seized from Díaz.

**(3)** Pursuant to Federal Rule of Evidence 502(d), disclosure of the BIBTC Filter Material to the Defendants will not result in any subject matter waiver in this proceeding and will not result in waiver of the attorney-client privilege, attorney work product protection, or any other applicable privilege or protection, in this or in any other Federal or State proceeding.

**(4)** The Protective Orders issued on August 16, 2022, *see* Docket No. 31, and September 2, 2022, *see* Docket No. 76, shall apply to the discovery material produced pursuant to this Protective Order.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 8th day of November 2023.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE