IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WANDA VÁZQUEZ-GARCED [1],
JULIO M. HERRERA-VELUTINI [2],
AND MARK T. ROSSINI [3],

    Defendants.

CRIM. NO. 22-342 (SCC)

**ORDER**

Considering the matters discussed during the January 16th Status Conference, *see* Docket No. 456, the Court hereby sets the following deadlines:

| TASK | COMPLIANCE DEADLINE |
|---|---|
| • The Government shall inform whether it stands by the redactions submitted at Docket No. 406 | **January 26, 2024** |
| • Defendant Herrera-Velutini shall inform compliance with Local Rule 5(c) regarding Docket Nos. 413, 428 and 431 | **January 26, 2024** |
| • Joint Informative Motion with two potential trial dates[1] | **February 5, 2024** |

---

[1] The two dates must be in 2024. Once a date is selected, the Court will

U.S.A. V. VÁZQUEZ-GARCED ET AL.                                                                 Page 2

| | |
|---|---|
| • *In Camera* Inspection of Confidential Human Sources Case Files[2] | **February 15, 2024** |
| • The Government must produce communications between the FBI and OCIF to the defense. If none exist or have been identified, the Government shall so certify | **February 22, 2024** |
| • The Government shall meet and confer with Counsels for Defendant Herrera-Velutini (and any other defendant that may be interested in this information) to discuss OCIF's privilege log regarding the hard drive | Joint Informative Motion Regarding the Meet and Confer is due by **February 22, 2024** |

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of January 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE

---

issue a separate order with the following deadlines: (1) discovery cut-off; (2) dispositive motions; (3) pretrial conference; (4) motions in limine; (5) proposed voir dire; and (5) proposed jury instructions.

[2] By **January 29, 2024**, the Government shall submit a motion stating two potential dates for the FBI's custodian to visit Chambers for the Court to conduct the *in-camera* review.