IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] WANDA VÁZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (SCC) |

UNITED STATES' MOTION IN COMPLIANCE WITH COURT ORDER REGARDING IN CAMERA REVIEW OF CHS MATERIALS

The United States, by and through the undersigned attorneys, and pursuant to the Court's Scheduling Order, suggests either February 8, 2024 or February 12, 2024 as dates for in-camera review of CHS materials in the custody of the FBI. The FBI representative is available on both those days to present the material to the Court in chambers.

WHEREFORE, the United States requests that the Court take notice of the foregoing and let the Government know the preferred date and time for the in-camera inspection.

**Certificate of Service**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 29th day of January.

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S Department of Justice

/s/ Nicholas W. Cannon
Nicholas W. Cannon (G01814)
Ryan R. Crosswell (G03502)
Trial Attorneys
Department of Justice

1

Public Integrity Section
1301 New York Ave., NW - 10th Floor
Washington, D.C. 20530
(202) 514-8187
Nicholas.Cannon2@usdoj.gov