# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

rj-109.m06

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **PLAINTIFF** <br><br> **V.** <br><br> **WANDA VAZQUEZ GARCED** <br><br> **DEFENDANT** | **CRIMINAL NO: 2022 - 342 (SCC)** |

## MOTION REQUESTING CONTINUANCE OF
## THE STATUS CONFERENCE SET FOR JUNE 3RD, 2024

**TO THE COURT:**

Comes now the **DEFENDANT, WANDA VAZQUEZ GARCED**, through the subscribing **ATTORNEY** who very respectfully alleges and prays:

The above captioned cause of action has been set for a **status conference** on **June 3rd, 2024 @ 10:30 a.m.**

It is most respectfully informed that the subscribing Attorney will be traveling from the **Orlando International Airport**, on the same date, arriving at the **San Juan International Airport**, at around **12:36 p.m.**, if no delays are encountered on this flight, for which it will just be impossible for the subscriber to appear for the status conference set for **June 3rd, 2024 @ 10:30 a.m.**

In view of the above, it is most respectfully requested the aforementioned hearing be continued to any of the herein below mentioned dates, in which the subscriber has available,

to wit: **June 5 - 7**, **11**, **13**, **14**, **17**, **20**, **21**, **24 - 28** of the preset year.

**WHEREFORE**, it is most respectfully requested that the relief sought herein be in all respects granted, with such other and further relief as this Honorable Court may deem just and proper.

**I HEREBY CERTIFY** that on the herein below mentioned date, I electronically filed the foregoing motion with the Clerk of this Court, using the **CM/ECF** system, which will further notify of such filing to **A.U.S.A.**, **NICHOLAS CANNON** and which ever Attorney and/or **A.U.S.A.**, has filed an appearance in the above captioned cause of action.

In San Juan, Puerto Rico, this 1st day of May of the year 2024.

By: /**s**/ **PETER JOHN PORRATA**
#**128901**

Law Offices of
**PETER JOHN PORRATA**
POB 3943
Guaynabo, PR  00969-3943
**peterjohnporrata@gmail.com**
M: 407.953.9888