IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**WANDA VAZQUEZ-GARCED Et al.,**<br><br>Defendant. | CRIMINAL NO. 22-342 (SCC) |

### THE UNITED STATES OF AMERICA'S
### MOTION REQUESTING COPY OF TRANSCRIPTS

TO THE HONORABLE COURT:

**COMES NOW** the United States of America by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

1. On the 8th day of August 2024, defense counsel requested the transcripts related to the Status Conference held on August 7th, 2024. See Docket No. 613

2. The United States respectfully request to this honorable court a copy of that transcript requested at Docket No. 613. See Exhibit 1- Transcript Order Form

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, this 9th day of August 2024.

                                          W. Stephen Muldrow
                                          United States Attorney

                                          */S/ Myriam Y. Fernandez-Gonzalez*
                                          Myriam Y. Fernandez-Gonzalez- 218011
                                          Assistant United States Attorney
                                          United States Attorney's Office Torre
                                          Chardón, Suite 1201350 Carlos Chardón
                                          Street San Juan, Puerto Rico 00918
                                          Tel. (787) 766-5656
                                          Email: myriam.y.fernandez@usdoj.gov

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, this 9th day of August 2024.

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney
USDC No. 218011