Time set: 4:00 PM<br>
Start time: 4:37 PM<br>
End time: 6:41 PM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTE OF PROCEEDINGS:</u>

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

    COURTROOM DEPUTY: María Elena Pintado-Espiet   Date:  August 7, 2024

    COURT REPORTER: Robin Dispenzieri               **Criminal Case: 22-342 (SCC)**

===================================================================

## CASE CALLED FOR STATUS CONFERENCE

A Status Conference as to Wanda Vázquez-Garced, Julio M. Herrera-Velutini and Mark T. Rossini was held on August 7, 2024. Appearing on behalf of the Government were AUSA Myriam Y. Fernández-González and Trial Attorneys Ryan R. Crosswell and Nicholas W. Cannon. On behalf of Defendant Vázquez-Garced were Attorneys Luis A. Plaza-Mariota, Peter John Porrata and Edgar L. Sánchez-Mercado. On behalf of Defendant Herrera-Velutini were Attorneys Sonia Torres-Pabón, Lilly Ann Sánchez, Christopher Kise and Robert J. Eatinger, Jr. On behalf of Defendant Rossini were Attorneys Michael Brian Nadler, Juan J. Michelen and Lydia Lizarribar-Masini.

The Court reminded the parties that **Docket Nos. 231** and **336** were referred to U.S. Magistrate Judge Héctor Ramos for disposition. And because **Docket No. 570** is tied to

Time set: 4:00 PM
Start time: 4:37 PM
End time: 6:41 PM

those motions, it will also be referred to Magistrate Judge Ramos. **Docket No. 434** was also referred to Magistrate Judge Ramos for disposition.

The Court granted the Government's Motion to Restrict at **Docket No. 606** and noted Mrs. Vazquez-Garced's Informative Motion at **Docket No. 597**.

After hearing arguments regarding the Government's Motion for Protective Order at **Docket No. 583**, the Court ordered the Government to separately meet and confer with counsels for Mr. Herrera-Velutini and Mr. Rossini about disputed CIPA issues. The Government will file an Informative Motion by **August 16, 2024**, relaying the outcome of those conversations and propose next steps.

The Court afforded counsels for Mr. Herrera-Velutini **thirty days** to review the latest privilege log submitted by a third party. They will then have **fifteen days** to inform the Government on their position regarding the privilege log.

By **August 22, 2024**, the filter team shall provide Mr. Herrera-Velutini's counsel with a redacted excel report of his Apple account materials so that he can decide if it can be disclosed to the Government and codefendants Mr. Rossini and Mrs. Vázquez-Garced.

Counsel for Mr. Herrera-Velutini moved for a continuance based on the amount of discovery his team has yet to review. Counsel for Mr. Rossini joined that request. The Government and counsel for Mrs. Vázquez-Garced opposed the request. The Court held

Time set: 4:00 PM  
Start time: 4:37 PM  
End time: 6:41 PM

the matter under advisement and scheduled a further Status Conference for **September 26, 2024, at 3:00 p.m.** The same will be held by VTC. All participants and observers shall appear via VTC.

In San Juan, Puerto Rico, this 7th day of June 2024.

s/ María Elena Pintado-Espiet  
COURTROOM DEPUTY