## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**[1] WANDA VÁZQUEZ GARCED,**
**[2] JULIO M. HERRERA VELUTINI,**
**[3] MARK T. ROSSINI,**
**Defendants.**

**CRIMINAL NO. 22-342 (SCC)**

## DESIGNATION OF EVIDENCE

The United States of America provides the following designation of evidence in compliance with the Court's Order and in accordance with Rule 12(b)(4)(B).

## Relevant Legal Authority

Rule 12 of the Federal Rules of Criminal Procedure provides, in relevant part, that "the defendant may, in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discovery under Rule 16." The Advisory Committee's Note accompanying this Rule makes it clear that the Rule's purpose is to ensure a defendant "can make his motion to suppress prior to trial" by "request[ing] the government to give notice of its intention to use specified evidence which the defendant is entitled to discovery under Rule 16." Rule 12, Fed. R. Crim. P. Advisory Committee's note. The government's obligation ends when it has made disclosures that sufficiently allow the defendant to make informed decisions about motions to suppress evidence. "Rule 12(d) was not designed to aid the defendant in

ascertaining the government's trial strategy, but only in effectively bringing suppression motions before trial." *United States v. de la Cruz-Paulino*, 61 F.3d 986, 994 (1st Cir. 1995).[1]

"Put differently, defendants cannot invoke Rule 12(b)(4)(B) to force the government to decide precisely which documents provided in discovery it will offer at trial and to prevent it from using any that it does not so designate as a matter of trial tactics." *United States v. Ishak*, 277 F.R.D. 156, 159 (E.D.V.A. 2011) (quoting *United States v. El-Silimy*, 228 F.R.D. 52, 57 (D. Me. 2005)).

Notwithstanding the above, the United States has sought to provide a comprehensive list of evidence it intends to admit at trial.

## United States's Designation of Evidence

The United States designates all the evidence below, which has been disclosed to the defendants in the discovery process, and reserves the right to add or delete items from this designation. Further, the United States has described persons herein via initials or other identifiers. The identities of the persons are known to defendants as a result of their possession of the discovery and documents described herein.

1.  All content from John Blakeman's cellphone responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

2.  All content obtained from Frances Diaz's cellphones responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

---

[1] Consistent with this legal authority, the United States reserves the right to introduce evidence not specifically listed herein. The United States respectfully requests that the Court set a deadline for all parties to provide exhibit lists and exhibit binders at least three weeks prior to trial.

3.  All content from Individual A's cellphone responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

4.  All content from Individual B's cellphone responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

5.  All content from Defendant Julio M. Herrera Velutini's Apple Account responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

6.  All content from Defendant Julio M. Herrera Velutini's Yahoo Account responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

7.  All content from Defendant Mark T. Rossini's Apple Account responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

8.  All content from Defendant Mark T. Rossini's Google Account responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

9.  All content from Defendant Wanda Vazquez Garced's phone responsive to the corresponding search warrant and that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

10. All content from Defendant Wanda Vazquez Garced's Apple Account responsive to the corresponding search warrant and that supports  the facts underlying Counts One, Two, Three and Four of the Indictment.

11. Bank records from JP Morgan, PNC Bank , Barclay's, and HSBC responsive to the corresponding search warrant and that support the facts underlying Counts One, Two, Three and Four of the Indictment, including the payment of political consulting services to benefit Vazquez's election campaign.

12. Records obtained from Individual C that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

13. Records obtained from International Consulting Firm that supports the facts underlying Counts One, Two, Three and Four of the Indictment.

14. Records obtained from Political Consultant A that supports  the facts underlying Counts One, Two, Three and Four of the Indictment.

15. Records obtained from the political consultant J.C. that support the facts underlying Counts One, Two, Three and Four of the Indictment.

16. Records obtained from Frances Diaz that support the facts underlying Counts One, Two, Three and Four of the Indictment.

17. Records obtained from Wanda Vazquez's Chief of Staff that support the facts underlying Counts One, Two, Three and Four of the Indictment.

18. Records obtained from Wanda Vazquez's Secretary of Public Affairs that support the facts underlying Counts One, Two, Three and Four of the Indictment.

19. Records of The Bank and the Holding Corporation, identified in paragraphs 5 and 6 of the Indictment, that support the facts underlying Counts One, Two, Three and Four of the Indictment.

20. Records of MTR Associates that support the facts underlying Counts One, Two, Three and Four of the Indictment.

21. Records of Britannia Global Investments and Britannia Financial Services Ltd., that support the facts underlying Counts One, Two, Three and Four of the Indictment.

22. Records obtained from JPMC that support the facts underlying Counts One, Two, Three and Four of the Indictment.

23. Records obtained from the Federal Elections Commission that support the facts underlying Counts One, Two, Three and Four of the Indictment.

24. Photographs related to Items 1 through 150 of the Chart below that support the facts underlying Counts One, Two, Three and Four of the Indictment.

25. Attachments related Items 1 through 150 of the Chart that support the facts underlying Counts One, Two, Three and Four of the Indictment.

26. All messages related to the Diario Las Americas 2020 article about Wanda Vazquez.

27. All 2019 and 2020 messages related to interactions and/or meetings with Political Consultant A.

28. The following items:

| No. | Date | Description | Bates Start | Bates End |
|-----|------|-------------|-------------|-----------|
| 1. | 2019.12.02 | MM messages Individual A via WhatsApp and reminds her that she ( Individual A) will be meeting with Individual C- PG on 12/03/19 at 3:15pm. | DOJ-0001199470 | DOJ-0001199470 |
| 2. | 2019.12.03 | Wanda Vazquez sends a text message to Individual A asking "what's the Indu's name?", to which Individual A responds" Individual C." | DOJ-0001193483 | DOJ-0001193483 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 3. | 2019.12.14 | Individual A communicates with Wanda Vazquez via WhatsApp and tells her that Individual C called Individual A to let her know they have 6 front row tickets to see "Marc" and that Individual C asked for them to wait in the back entrance so he can take them backstage to meet "Marc" | DOJ-0001204339 | DOJ-0001204339 |
| 4. | 2019.12.15 | Herrera communicates with Diaz via WhatsApp and tells her "I spoke with John last night! must enter Fortaleza and support the new governor", " Use a paving roller over OCIF and build a new structure that regulates and doesn't persecute the banks and change documents or fabricate documents against the banks." | DOJ-0004239052 | DOJ-0004239052 |
| 5. | 2019.12.16 | Individual B messages Individual D via WhatsApp to let him know about the meeting that will be held at the Berwind board room at the Vanderbilt hotel at 6. | DOJ-0000655082 | DOJ-0000655083 |
| 6. | 2019.12.16 | Individual C messages Individual A while he is in a meeting that he is having at his house with John Blakeman and Individual D. Individual C sends Individual A a picture of him with Blakeman and Individual D at the meeting. Later Individual A tells Individual C "Do you have a private room for a meeting with the Governor, Individual D, Blakeman and me at 6pm? The announcement will be this afternoon. We already schedule a meeting at 3pm with the Cabinet. Let me know please!." Individual C responds "Berwind boardroom. All set. 6pm. Vanderbilt. Its ocean front. Round table." | DOJ-0001189809 | DOJ-0001190189 |
| 7. | 2019.12.17 | Herrera asks Blakeman how "they're" doing with Wanda Vazquez, and tells him they need to support and that she could win. Blakeman responds that There's been a lot of "good things" going on, and tells Herrera he had a meeting at Individual C's house on 12/16/20 and then later met with the Governor at the Vanderbilt at night. | DOJ-0001185960 | DOJ-0001185961 |

| No. | Date | Description | Bates Start | Bates End |
|-----|------|-------------|-------------|-----------|
| 8. | 2019.12.17 | Text messages from Julio Herrera to Blakeman containing a link to the International Consulting Firm's website and about how the International Consulting Firm could make their "friend" win. Blakeman response to Julio Herrera, that "[w]e'll present [the information to him/her] when you get here. In the meantime, I will present the information to the campaign group." | DOJ-0001185962 | DOJ-0001185964 |
| 9. | 2019.12.17 | John Blakeman messages Individual B via WhatsApp and asks her for AP's contact information. Individual B provides the shared contact. | DOJ-0001188288 | DOJ-0001188622 |
| 10. | 2019.12.18 | Individual A's text message to Individual C to let Individual C know that Vazquez would be attending Individual C's wedding. Individual C response that he would be seating Vazquez with three billionaires. Individual C text sending Individual A internet links and a screenshot providing information about the three purported billionaires, including Herrera. | DOJ-0001189809 | DOJ-0001190189 |
| 11. | 2019.12.20 | Individual C messages Individual A via text message and lets her know that there will be 3 billionaires sitting with Governor Vazquez at the wedding dinner. Individual C also sends Individual A a picture of a table that lists the guests that will be sitting at the table with Vazquez | DOJ-0001189809 | DOJ-0001190189 |
| 12. | 2019.12.25 | Wanda Vazquez communicates with Individual A via WhatsApp, wishes her Merry Christmas, and asks her to send her the contact information of those Individual A believes Vazquez should send Christmas greetings to. Individual A suggests Vazquez sends her greetings to "Individual C and FS" and shares with Vazquez their contact information. | DOJ-0001204270 | DOJ-0001204825 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 13. | 2019.12.26 | Blakeman attends a meeting at Wanda Vazquez's house in Montehiedra at 5pm | DOJ-0000657965 | DOJ-0000657965 |
| 14. | 2019.12.28 | Diaz tells Blakeman via WhatsApp that Herrera is asking her if Blakeman is sure that Vazquez will be attending Individual C's wedding because, if that's the case, Herrera would deviate from his trip to Canada and travel to PR to attend the wedding. | DOJ-0004238918 | DOJ-0004238918 |
| 15. | 2020.01.02 | Individual C messages Individual A and sends her a picture of a piece of paper that contains pictures and descriptions of a series of individuals, including "Julio Herrera M – Owner Bancredito." Individual C offers to send the document via email to Individual A the document so she can print it "to help the Governor with the vip at the event." Individual A responds "Ok! I'll study everyone!" | DOJ-0001189915 | DOJ-0001189916 |
| 16. | 2020.01.03 | Individual D sends a Screenshot to Vazquez's Chief of Staff and Blakeman (via WhatsApp group chat). Blakeman responds with thumbs up emojis. Then Individual D says "the female boss will call him, the between the lines is that supporting her is fruitful" | DOJ-0001187825 | DOJ-0001187826 |
| 17. | 2020.01.03 | Blakeman messages Individual B in group chat and asks if she's attending the wedding the next day. When Individual B replies that she is, Blakeman then reminds her that Julio Herrera, who is owner of Bancredito and is supporting "them", will be there. Blakeman tells Individual B that Herrera sent him information of a company in the UK that ran a campaign in England and to which Herrera had already talked to about Vazquez. Individual A then adds that she has the biography and picture of everyone seating with Vazquez at the wedding and will review with Vazquez so she is familiar with them when she attends the event. | DOJ-0001207647 | DOJ-0001207650 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 18. | 2020.01.04 | Herrera texts Blakeman (via WhatsApp) "here at the dinner with your friend." Blakeman responds "how is it going? I have an appointment with her tomorrow at 1" "[She's] going to win the elections if [she] has the support from you all." Herrera then says "[She] has it!! In this table [she] already has 2MM." Blakeman responds with 3 thumbs up emojis. Then Herrera proceeds to say "but [she] has to resolve ocif", followed by a laughing face emoji. Herrera later tells Blakeman "[She] already left!!!! said goodbye to JP and me !!!!!" "JP told her that he would do whatever is necessary so that I don't leave PR." Herrera also tells Blakeman "Individual C will also donate in his personal capacity!!!!! "I'm here as fund reiser [sic]", "T is also in" | DOJ-0001185975 | DOJ-0001185979 |
| 19. | 2020.01.04 | Individual C Wedding. Herrera, P, and Vazquez seated together | DOJ-0001182087 | DOJ-0001182087 |
| 20. | 2020.01.05 | Herrera messages Diaz via WhatsApp and tells her "At our table 2M were raised for the [female] governor", "Now [sic] our rights must be defended! JP told me that we let time run and we needed to attack the problem that it is crazy! No institution can work like that and function at the same time", "Jose Carrion was of the same opinion", "I arrive in 10 days for the meeting with the madam", "Greetings." In response, Diaz asks Herrera if the madam was at the table and Herrera responds affirmatively. Herrera then proceeds to tell Diaz that [they] greeted her but did not discuss her electoral campaign, and much less OCIF. Herrera describes that the governor was relaxed dancing and he did not want to be remembered as the idiot that ruined her night with her husband. | DOJ-0004239090 | DOJ-0004239092 |

| No. | Date | Description | Bates Start | Bates End |
|-----|------|-------------|-------------|-----------|
| 21. | 2020.01.06 | Herrera sends Blakeman (via WhatsApp) information regarding Mark Rossini and International Consulting Firm  and tells Blakeman that Rossini is working for CTF London and will be with Herrera in Puerto Rico. Later in the conversation Herrera asks Blakeman which secretary controls OCIF Blakeman responds "Right now the Chief of Staff. The new one with which Frances and I will meet. Tomorrow [he'll] tell me the date. But it should be this week. Remember he is in my campaign committee." | DOJ-0001185981 | DOJ-0001185985 |
| 22. | 2020.01.10 | Diaz asks Herrera to confirm his attendance for the meeting with Vazquez on 1/14/20 at 2:30pm. Herrera asks Diaz who is attending the meeting and Diaz responds " John, you and I." | DOJ-0004239086 | DOJ-0004239086 |
| 23. | 2020.01.13 | Blakeman messages Vazquez's Chief of Staff to confirm the meeting to be held on 1/14/20 at 10am. Vazquez's Chief of Staff asks Blakeman who will be attending the meeting and Blakeman responds that it will be Frances Diaz and himself. Vazquez's Chief of Staff confirms the meeting. | DOJ-0001187735 | DOJ-0001187736 |
| 24. | 2020.01.13 | Blakeman messages Individual A via WhatsApp and reminds her that Herrera would be flying that same night to see "G." The meeting is set to be held on 1/14/20 at 2pm. | DOJ-0001198534 | DOJ-0001198538 |
| 25. | 2020.01.14 | Herrera messages Diaz via WhatsApp saying "The solution is to fire the persons that have OCIF kidnapped and to put an interim commissioner that forms a international banking reform board where the banks and the government both participate to make clear the rules of the game and support Puerto Rico's economy more. "Following Herrera's message, Diaz tells Herrera that the meeting with the [female] governor has been moved to 2pm and asks him to confirm his attendance. Herrera then confirms. Diaz asks Herrera if he wants Diaz to | DOJ-0004239081 | DOJ-0004239083 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| | | accompany him at the meeting with the governor and Herrera responds "of course." | | |
| 26. | 2020.01.14 | Individual A asks Individual B via WhatsApp if "Julio Herrera 2pm" sounds good to her. Individual B responds "Yes." | DOJ-0001202327 | DOJ-0001202327 |
| 27. | 2020.01.14 | Individual A sends a message to Wanda Vazquez via Telegram that reads "Call Paki!! It'll be brief!" | DOJ-0001211187 | DOJ-0001211187 |
| 28. | 2020.01.14 | Individual C messages Individual A and tells her she's "missing in action" because "Julio Herrera is here!". Individual C tells Individual A that Julio said the meeting was great and that Julio "is a supporter", followed by a screenshot from a message by Herrera in which Herrera says "ready to support her." Individual A then responds at approximately 9:26 pm that "she call u in an hour!" She's doing her hair and nails right now!!!" | DOJ-0001182013, DOJ-0001182014, DOJ-0001182015, DOJ-0001182016 | DOJ-0001182013, DOJ-0001182014, DOJ-0001182015 DOJ-0001182016 |
| 29. | 2020.01.14 | Individual A asks Individual C, via text message, how the call went and if he told her everything. Individual C responds "yes. I was super honest. She hear me sincerely. I talk honestly." | DOJ-0001182017 | DOJ-0001182017 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 30. | 2020.01.15 | Individual C messages Individual A via text message and tells her to ask John Blakeman about the meeting "today." Individual C tells Individual A he met with Julio for an hour on strategy "today." | DOJ-0001190075 | DOJ-0001190075 |
| 31. | 2020.01.15 | Mark Rossini emails International  Consulting Firm-Partner 1 of International Consulting Firm saying that Vazquez wants to utilize International Consulting Firm   - Rossini reiterated to the partners at the International Consulting Firm that Herrera would be paying for their services, emailing International Consulting Firm-Partner 1 and International Consulting Firm-Partner 2, in part, "As an update Julio H., met with the current Governor and her Chief of Staff yesterday. The Governor is very excited about the prospect of utilizing [the International Consulting Firm] for her re-election campaign," and "[t]he campaign is actively raising funds, and will pay for a portion of [the International Consulting Firm]'s services. The bulk of the payment will be done by Julio H., and similarly wealthy individuals here whom are creating a super PAC. Julio H. will personally fund anything which is not covered by the campaign or PAC." | DOJ-0001182093 | DOJ-0001182093 |
| 32. | 2020.01.16 | Individual C messages Individual A and tells her "per CTF they can be in San Juan the 26/27th of February. Good por todos? Individual A for CTF. Feb 26/27 is that ok?. " Individual A responds "let me check" | DOJ-0001189809 | DOJ-0001190189 |
| 33. | 2020.01.17 | Blakeman forwards Frances Diaz a message he received from Julio in which he states his support for Wanda Vazquez. The message is the same that he received from Herrera earlier that same day | DOJ-0004238900 | DOJ-0004238900 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 34. | 2020.01.17 | Herrera follows up (via WhatsApp) with Blakeman regarding the date for the interview with "Diario Las Americas." Blakeman tells Herrera that nothing has been confirmed yet but that he wants to work "with OCIF first." Herrera responds "that takes time and we don't control it" unlike that of the "Diario las Americas." Blakeman then responds "... tomorrow I'll be with the "lady" working on this and other things. Herrera then responds with a message restating his support for Vazquez | DOJ-0001186002 | DOJ-0001186005 |
| 35. | 2020.01.19 | Rossini email stating International Consulting Firm will be financed by Herrera, P, and Individual C | DOJ-0001182094 | DOJ-0001182099 |
| 36. | 2020.01.20 | Individual C messages Individual A via WhatsApp and asks Individual A if "Feb 28 ok for the governor to meet International Consulting Firm? Julio Herrera will come too. They are flying from london." In response, Individual A tells Individual C to remind her the next day so she can check the calendar. | DOJ-0001195862 | DOJ-0001195863 |
| 37. | 2020.01.22 | Herrera messages Diaz via WhatsApp stating that Individual C told him that Vazquez wanted to know who to put in OCIF and tells Diaz that he sent Individual C "GM"'s information | DOJ-0004239074 | DOJ-0004239074 |
| 38. | 2020.01.22 | John Blakeman sends a WhatsApp message to Individual A to tell her he heard that the insurance commissioner had "left" and ask when [that of] OCIF was taking place. | DOJ-0001198540 | DOJ-0001198542 |
| 39. | 2020.01.29 | Individual A messages Blakeman "Working OCIF with Vazquez's Chief of Staff]!!" | DOJ-0001186120 | DOJ-0001186120 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 40. | 2020.01.30 | Diaz WhatsApp message to Herrera saying that she was told "the dismissal is coming soon," then states, "they understand to leave G acting like we talked about" | DOJ-0006915717 | DOJ-0006915717 |
| 41. | 2020.02.03 | Diaz tells Blakeman to not forget about "that of the Commissioner." Blakeman messages Frances Diaz and tells her that he "called Fortaleza "and he was told that the G's instruction was given. "Update later." | DOJ-0004238895 | DOJ-0004238896 |
| 42. | 2020.02.04 | Frances Diaz tells Herrera that Blakeman was calling Individual A and that Diaz would be calling Herrera in "a few minutes" to see what happened. | DOJ-0004239371 | DOJ-0004239371 |
| 43. | 2020.02.05 | Blakeman and Frances Diaz exchange messages about Wanda Vazquez being in Washington DC with Individual A. Diaz asks Blakeman if "she" told him "when they would be executing the instructions" | DOJ-0004238893 | DOJ-0004238894 |
| 44. | 2020.02.04 | Blakeman asks Individual A for status on OCIF. Individual A texts Blakeman "In a meeting at WH." (via text message) | DOJ-0001183616 | DOJ-0001183616 |
| 45. | 2020.02.05 | Individual A messages  Individual B via WhatsApp: "Blakeman calling! OCIF!!!". Individual A also sends Individual B pictures of Wanda Vazquez, JG and another individual. Individual B responds by asking Individual A when "they" will be back from their second trip. | DOJ-0001202434 | DOJ-0001202436 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 46. | 2020.02.06 | Diaz sends a message to Herrera via WhatsApp that reads "John spoke with Individual A in front of me she was still in the airplane." Later in the conversation Diaz continues to explain to Herrera that Individual A had told Blakeman that "the madam" had already given her instruction to the chief of staff and that the first thing she would do when she got back to the office was to call him. | <u>DOJ-0004239103</u> | <u>DOJ-0004239103</u> |
| 47. | 2020.02.07 | Blakeman asks Individual A about the status with OCIF and Individual A says that the Chief of Staff already scheduled an appointment with him. Blakeman asks when the Commissioner is supposed to be leaving and Individual A doesn't respond. | <u>DOJ-0001186121</u> | DOJ-0001186121 |
| 48. | 2020.02.11 | Individual A  messages Vazquez's Chief of Staff via WhatsApp and asks I wanted to ask you if you talked with OCIF Commissioner A from OCIF. | <u>DOJ-0001194372</u> | DOJ-0001194372 |
| 49. | 2020.02.11 | Individual A and Individual C exchange messages via WhatsApp. During the conversation, Individual A sends Individual C a picture of Wanda Vazquez and her husband on board of an airplane with a caption that reads "Weeee! Boarding from MIA to SJ!!." In response, Individual C tells Individual A "Finally!!!" "Don't forget, big meeting 28!" "She is ready for another 8 years !?." Individual A then responds to Individual C message about the meeting by saying "On Agenda!" Then Individual A and Individual C talk about coordinating a dinner with Vazquez for 2/14/20. | <u>DOJ-0001195945</u> | DOJ-0001195954 |
| 50. | 2020.02.12 | Individual A and Vazquez's Chief of Staff exchange messages via text message Vazquez's Chief of Staff tells Individual A he will call her right back and Individual A tells Vazquez's Chief of Staff she just wanted to know about OCIF Commissioner A because Vazquez" asked her. | <u>DOJ-0001189395</u> | DOJ-0001189396 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 51. | 2020.02.14 | Diaz messages Herrera via WhatsApp and tells him that Blakeman asked Individual A for a meeting with the governor and told her to be prepared because they were going to come off awful. Diaz tells Herrera that Individual A told Blakeman both her and the governor were attending the dinner at Individual C's house that night and that Individual A would bring up the topic and request the governor for it to be Individual A the person to take care of the task on Monday. Diaz then continues to explain to Herrera that the instruction had been given to someone who didn't follow it and Individual A was now going to deal with it directly, despite of that not being her responsibility. Herrera then responds that he was told the same thing by Individual C, that Individual A would be asking to take charge, and tells Diaz "We are all on the same page." | DOJ-0006915745 | DOJ-0006915745 |
| 52. | 2020.02.20 | Individual A messages  Individual D and Blakeman to let them know about the meeting with International Consulting Firm  on 2/28/20 and provide guidance on how to prepare ahead of the meeting. Blakeman responds that International Consulting Firm  is costing Julio 500k and, for that reason, Blakeman gets mad about OCIF and COSSEC. | DOJ-0001190192 | DOJ-0001190195 |
| 53. | 2020.02.20 | Individual A messages Individual B via WhatsApp and tells her that the old man OCIF Commissioner A needs to be fired. Individual A asks Individual B how can Vazquez's Chief of Staff do that asap and Individual B responds "Tell him"..."to tell him that" "G." Individual A responds "the old [man] is here. Should take advantage of that" | DOJ-0001202503 | DOJ-0001202504 |
| 54. | 2020.02.22 | Individual A messages Individual B  asking for her to "come here please. I told Blakeman the one from OCIF will end on Friday February 27." | DOJ-0000640385 | DOJ-0000640386 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 55. | 2020.02.22 | Individual A messages  Individual A via WhatsApp "That of OCIF really has me stressed", and tells Individual B that Individual C has already warned her. | DOJ-0001202531 | DOJ-0001202533 |
| 56. | 2020.02.23 | Vazquez's Chief of Staff sends a message (via WhatsApp group chat) to  Individual D and Blakeman saying Please communicate with A. | DOJ-0001187836 | DOJ-0001187836 |
| 57. | 2020.02.23 | Herrera messages Diaz via Whatsapp and tells her "I passed along WB's proposal to JB." Then, Herrera sends Diaz a pptx document titled "Campaign Support Proposal_Puerto Rico.pptx", which in turn is followed by a message that reads "Let's see if they have the willingness and capability" | DOJ-0006915748 | DOJ-0006915749 |
| 58. | 2020.02.23 | Individual C sends Vazquez and Individual A via a text message group chat a document named "Campaign Support Proposal_Puerto Rico.pptx.pptx." The document is a powerpoint presentation titled " International Consulting Firm  Campaign Support Proposal for Governor Wanda Vazquez" | DOJ-0000714546 | DOJ-0000714546 |
| 59. | 2020.02.22 | Individual C forwarded to Individual A a message sent from Herrera to Individual C in which Herrera wrote, "Well I am meeting [a partner from the International Consulting Firm] at 3:00 pm We need to confirm the meeting since we are 5 people crossing the Atlantic to meet her and we also need her support for the Ocif situation that can no longer wait ! ! Please talk to the Governor if necessary but we should not spend money, Time and Effort in people that do not need our help!! Best Regards." | DOJ-0075363 | DOJ-0075363 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 60. | 2020.02.24 | Diaz WhatsApp message to Herrera stating that OCIF Commissioner A is being dismissed the next Friday, but that he will stay until the end of the month. In the conversation, Herrera tells Diaz "that is the day of the meeting with WB", "28 F." | DOJ-0004239097 | DOJ-0004239097 |
| 61. | 2020.02.24 | Individual A asks Blakeman over text message "who will be staying in OCIF?." Blakeman responds on 2/25/20 "Called." | DOJ-0001183617 | DOJ-0001183617 |
| 62. | 2020.02.25 | Individual A responds to Individual C regarding the message he forwarded her from his conversation with Herrera. Individual A tells Individual C, amongst other things, that the meeting has been confirmed for the 28th and that she believes Herrera's message to be unfair. Later in the conversation, Individual A asks Individual A for a room at the Vanderbilt to hold a meeting that same day from 6-8pm. | DOJ-0001195990 | DOJ-0001195991 |
| 63. | 2020.02.25 | Individual A sends  Individual B (via WhatsApp) a screenshot of a message from Individual C and tells Individual B the screenshot is a message Julio sent to Individual C. Individual B tells Individual A to tell Individual C that "[the person] will leave end of the month" and that she (Individual B) will take care of it the next day. Individual A proceeds to tell Individual B that she's upset about the message sent by Individual C and sends Individual B a screenshot of her response to Individual C. | DOJ-0001202552 | DOJ-0001202554 |
| 64. | 2020.02.27 | Julio Herrera sends John Blakeman a picture of International Consulting Firm-Partner 2 business card and a link to International Consulting Firm 's web page. Blakeman responds by telling Herrera that he will see Herrera "tomorrow." | DOJ-0001186010 | DOJ-0001186011 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 65. | 2020.02.27 | Individual A messages the following to Individual C (via text message): "See u on friday @ 6pm. Individual D, Blakeman and O are coming with us. FYI. Today I talked to  OCIF Commissioner A . He's resigning effective February 28.  Finally!" | DOJ-0001190273 | DOJ-0001190273 |
| 66. | 2020.02.27 | Individual A messages OS via WhatsApp to let him know there will be a meeting on 2/28/20 at 6pm at the Vanderbilt with a company "that will assist in the campaign." OS responds "Ok." | DOJ-0001203765 | DOJ-0001203765 |
| 67. | 2020.02.27 | OCIF Commissioner A visits Fortaleza to hand in a document to AP. | DOJ-0000058776 | DOJ-0000058779 |
| 68. | 2020.02.28 | Blakeman and Diaz exchange text messages. Blakeman says "they" are leaving Fortaleza and Diaz responds "they" are leaving the bank | DOJ-0001184134 | DOJ-0001184134 |
| 69. | 2020.02.28 | Herrera communicates with John Blakeman via WhatsApp. His message to Blakeman reads "Dear John: After today's presentation we need 15 minutes with the Madam to explain some details of the next steps and coordinate the final objective of our regulator and the people that act irregularly inside the office. In conclusion to make a coordinated plan of action. Of course, your presence is important in that private discussion. Hug" In response, Blakeman tells Herrera "Of course. Count on me." | DOJ-0001186011 | DOJ-0001186011 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 70. | 2020.02.28 | John Blakeman asks Individual A (via a text message group chat including OS and Individual D) to try and delay the start time of the meeting at the Vanderbilt. In response, Individual A tells the group that the meeting needs to start at 6pm sharp because [the people] cannot do any other time and that they had established a rule that, once the meeting started, no one would be able to enter the meeting. | DOJ-0001193993 | DOJ-0001194001 |
| 71. | 2020.02.28 | Individual A sends Individual C a picture of OCIF Commissioner A's resignation letter, followed by a text that says "FYI <3." Individual C the responds "Miss. See u 6pm!" | DOJ-0001196018 | DOJ-0001196019 |
| 72. | 2020.02.28 | Individual A sends John Blakeman, via WhatsApp, a picture of OCIF Commissioner A's resignation letter | DOJ-0001198532 | DOJ-0001198573 |
| 73. | 2020.02.28 | Individual A sends Individual C a picture of OCIF Commissioner A's resignation letter, followed by a text that says "FYI <3." Individual C the responds "Miss. See u 6pm!" | DOJ-0001182024 | DOJ-0001182024 |
| 74. | 2020.02.28 | Individual A's text message to Blakeman containing a photograph of OCIF Commissioner A's resignation letter. | DOJ-0001198547 | DOJ-0001198547 |
| 75. | 2020.02.29 | Frances Diaz sends Blakeman OCIF Commissioner B's CV. | DOJ-0004238886 | DOJ-0004238886 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 76. | 2020.02.29 | OCIF Commissioner B's CV being circulated by Herrera to Rossini and Diaz stating that he's the perfect man for the job. Right after sharing OCIF Commissioner B's CV, Herrera sends them a message that reads "This is our men for OCIF", in reference to OCIF Commissioner B. | DOJ-0004239339 | DOJ-0004239341 |
| 77. | 2020.02.29 | Herrera communicates with John Blakeman via WhatsApp and tells him it would be good to have a meeting the following week. Herrera tells Blakeman "We are forming the Super Pac and all the necessary platform from the office in washington." In response, Blakeman reminds Herrera that they need to verify the matter of Blakeman's position in the team, and asks Herrera to let him know the legal opinion. Herrera then tells Blakeman "Yes, of course! You need to be protected." | DOJ-0001186012 | DOJ-0001186013 |
| 78. | 2020.02.29 | Vazquez asks Individual A (via WhatsApp) "what is the name of the [guy] from the FBI?", to which Individual A responds "Mark Rossini" | DOJ-0001204585 | DOJ-0001204585 |
| 79. | 2020.02.29 | OCIF Commissioner B sends Herrera his CV via email | DOJ-0000737641 | DOJ-0000737641 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 80. | 2020.02.29 | OCIF Commissioner B's CV being circulated by Herrera to Rossini and Diaz stating that he's the perfect man for the job. Right after sharing OCF Commissioner B's CV, Herrera sends them a message that reads "This is our men for OCIF", in reference to OCIF Commissioner B | DOJ-0001182115 | DOJ-0001182116 |
| 81. | 2020.02.29 | Diaz messages Herrera, to which Herrera later responded, OCIF Commissioner B is convinced and understands that this is a State problem!! We need guarantees for him and an open line with Fortaleza but he is convinced that it's a necessity." | DOJ-0001182117 | DOJ-0001182118 |
| 82. | 2020.03.01 | Blakeman and International Consulting Firm-Partner1  exchange messages | DOJ-0001181979 | DOJ-0001181980 |
| 83. | 2020.03.02 | Herrera tells Blakeman (via WhatsApp) "With OCIF Commissioner B we have the banks and federal regulators calmed. This way I can dedicate time and money to his/her campaign. Tomorrow I am in San Juan and I have a call with the campaign expert from Washington then I travel to London to set up the long-term strategy." | DOJ-0001186021 | DOJ-0001186024 |
| 84. | 2020.03.02 | Blakeman forwards Herrera's message about OCIF Commissioner B  to Individual A | DOJ-0001186129 | DOJ-0001186921 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 85. | 2020.03.04 | Frances Diaz tells Blakeman to not forget about the meeting with O. Blakeman and Diaz discuss Julio's desire to meet with O and G Diaz tells Blakeman that the topic for the meeting with O is "the campaign" and Blakeman tells Diaz that, because O is a public employee, it would not be good optics for Julio to meet with him in the middle of the OCIF transition. | DOJ-0004238876 | DOJ-0004238880 |
| 86. | 2020.03.04 | HG messages Individual A (text message) and sends her a memo regarding the way to fill the vacancy of the OCIF Commissioner position after an OCIF Commissioner resigns. Gonzalez explains to Individual A that OCIF Commissioner A must appoint a sub commissioner before he resigns. Individual A tells HG "we want someone from outside …" | DOJ-0001190543 | DOJ-0001190612 |
| 87. | 2020.03.04 | Individual A sends Vazquez's Chief of Staff via WhatsApp OCIF Commissioner B's CV and sends him a message that reads: "This is the person for OCIF Commissioner B to appoint as sub commissioner tomorrow." Individual A explains to Vazquez's Chief of Staff the plan of naming OCIF Commissioner B sub commissioner so he can stay as acting commissioner and later be appointed to the commissioner position. In response, Vazquez's Chief of Staff tells Individual A that he will call her later to talk about the resume. | DOJ-0001194384 | DOJ-0001194385 |
| 88. | 2020.03.04 | Individual A messages Individual B (via WhatsApp) and tells her to "call Individual C." Later that same day, Individual A sends Individual B, via WhatsApp, a screenshot of a text message conversation she had with Vazquez's Chief of Staff. In the screenshot, which includes OCIF Commissioner B's CV, Individual A tells Vazquez's Chief of Staff that OCIF Commissioner B is the person that OCIF Commissioner A will need to appoint as sub commissioner. In her message to Individual B, Individual A says "I sent this to Vazquez's Chief of Staff. Please call him so he does it!!!" Individual B tells Individual A she will call Vazquez's Chief of Staff | DOJ-0001201828 | DOJ-0001203555 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 89. | 2020.03.05 | Individual A messages  Individual B, says "Remember to tell Vazquez's Chief of Staff that OCIF Commissioner A must appoint a subcommissioner today!!" Individual B responds via WhatsApp that OCIF Commissioner A will not be appointing anyone before leaving; and OCIF Commissioner A has said he knows why he is being kicked out. | DOJ-0001201828 | DOJ-0001203555 |
| 90. | 2020.03.10 | Herrera sends Blakeman a message via WhatsApp that reads "1) Reserch 2) Campaign strategy expert 3) Superpac DC 4) Campaign strategy implementation", followed by a pdf document named "7280 Britannia Fin Servs Ltd.pdf.pdf." In response, Blakeman tells Herrera that he will be calling him later. Later in the conversation, Herrera sends Blakeman what appears to be a picture containing information about "Political Consultant A", followed by a message that reads "campaign strategists." | DOJ-0001186037 | DOJ-0001186039 |
| 91. | 2020.03.10 | Blakeman asks Individual A if OCIF Commissioner B has already been interviewed. No response from  Individual A. | DOJ-0001186136 | DOJ-0001186137 |
| 92. | 2020.03.10 | Blakeman asks Individual B if OCIF Commissioner B, from OCIF, has been interviewed.  Individual B "I'll ask." | DOJ-0001188477 | DOJ-0001188478 |
| 93. | 2020.03.10 | Individual A sends Individual B a copy of OCIF Commissioner B's CV, followed by a text message that says " This is OCIF's. To interview him" | DOJ-0001202772, DOJ-0001182028 | DOJ-0001202773, DOJ-0001182028 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 94. | 2020.03.13 | Herrera messages Blakeman about moving forward with Wanda's Superpac. Later in the same conversation, Herrera sends a message to Blakeman inquiring about any "novelties" from OCIF. In response, Blakeman tells Herrera that he will follow-up again with Fortaleza because they haven't learned how to multitask. Blakeman tells Herrera "if you want I can text Individual A too so she can help me with that." Herrera then tells Blakeman that [they] have already done that and she hadn't responded. Herrera tells Blakeman he had only said hello to her. Blakeman tells Herrera "Ok. I'll keep pushing from my end." Later in the conversation, Herrera sends Blakeman a link to the web page for Caplin and Drysdale showing information about TP. Immediately after the link, Herrera sent Blakeman a message that reads "Sperpac." | DOJ-0001185959 | DOJ-0001186105 |
| 95. | 2020.03.13 | Blakeman messages Individual B and tells her to check on the OCIF matter when she gets a chance. | DOJ-0001188485 | DOJ-0001188485 |
| 96. | 2020.03.15 | Individual C messages Individual A and follows up by asking when there will be a commissioner for OCIF. | DOJ-0001190175 | DOJ-0001190175 |
| 97. | 2020.03.20 | Herrera sends Blakeman via WhatsApp what appears to be a screenshot from a conversation Herrera had International Consulting Firm-Partner 2, followed by a message that reads "Working on project W." Blakeman responds "Perfect. Working on Coronavirus right now." Following Blakeman's message, Herrera sends a message to Blakeman that reads "BTW: they never call OCIF Commissioner B" | DOJ-0001185959 | DOJ-0001186105 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 98. | 2020.03.23 | Individual A messages  Individual B via WhatsApp and tells her "Individual C with that of OCIF" and sends Individual B a screenshot of messages she received from Individual C following up on the OCIF matter | DOJ-0001202854 | DOJ-0001202854 |
| 99. | 2020.03.25 | Herrera messages Blakeman via WhatsApp what appears to be a screenshot of a conversation he had with International Consulting Firm-Partner 2 and a message that reads "We are continuing with our plan." Blakeman responds "Great!" and proceeds to let Herrera know that he is at Fortaleza working with virus related matters. Blakeman tells Herrera that he believes that the way the crisis is being handled is helping the "G." In response, Herrera tells Blakeman they have "to call OCIF Commissioner B because after [the virus] a lot of help and coordination will be needed to boost the island. Herrera tells Blakeman "Remember that 2+2 is not 4 in politics. Anything can happen until November." Blakeman agrees. Then Herrera continues by telling Blakeman "I believe that now that no one is interested in OCIF because of everything else is the moment! Don't waste the opportunity" "Speak with the madam." Blakeman then tells Herrera that he will be following-up on the matter and tells Herrera that Blakeman wouldn't "be seeing her today but I understand I will [be seeing her] tomorrow. | DOJ-0001185959 | DOJ-0001186105 |
| 100. | 2020.03.25 | Rossini tells Blakeman that he's "moving forward with putting the Super PAC together. | DOJ-0001181981 | DOJ-0001181982 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 101. | 2020.03.30 | Herrera sends WhatsApp message to Blakeman, forwarding message from OCIF Commissioner B re becoming commissioner of OCIF Blakeman responds"Perfect!! I will pass it along immediately". Later in the message exchange, Herrera sends Blakeman Political Consultant A's resume, titled "MDW Political Bio bullets.pdf.pdf.pdf.pdf", followed by a message that says "Superpac plitical coordinator !!" | DOJ-0001185959 | DOJ-0001186105 |
| 102. | 2020.03.30 | Individual C sends Individual A, via WhatsApp, a document titled "MDW Political Bio bullets.pdf.pdf.pdf" followed by a message that says " Superpac Coordinator" | DOJ-0001195850 | DOJ-0001196135 |
| 103. | 2020.03.30 | Herrera sends WhatsApp message to Diaz, forwarding message from OCIF Commissioner B re becoming commissioner of OCIF. Diaz responds that she has already followed up with the matter. | DOJ-0006915776 | DOJ-0006915777 |
| 104. | 2020.03.30 | Individual C sends Vazquez, via WhatsApp, a document titled "MDW Political Bio bullets.pdf.pdf.pdf" and sends her a message that says "Super Pac coordinator." | DOJ-0001182143 | DOJ-0001182144 |
| 105. | 2020.04.02 | Blakeman asks Individual A if Julio hasn't called her, and tells her Julio is driving him crazy asking when OCIF Commissioner B will be called in for a meeting in Fortaleza. Individual A doesn't respond. | DOJ-0001186142 | DOJ-0001186143 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 106. | 2020.04.09 | Rossini WhatsApp message to Blakeman sharing "the report by the London folks" and instructing him "PLEASE DO NOT PRINT OR SHARE with anyone." The document sent by Rossini to Blakeman is titled "Project_Hirst_Qualitative_Report_Final_." | <u>DOJ-0001187303</u> | DOJ-0001187303 |
| 107. | 2020.04.09 | After Rossini sends Blakeman  International Consulting Firm's  Research, Individual C messages Vazquez (via text message) that the "first survey is in", and sends her an attachment. Vazquez responds to Individual C that she read the documents he sent her, they look good, and goes on to vent about how hard the race against Public Official A will be due to the media support he has. Individual C proceeds to cheer up Vazquez and tells her "let me know when we meet to give you all this report too." Individual C also tells her that "Mark will contact you to set up a video call to share the research and next steps." | <u>DOJ-0000714468</u> | DOJ-0000714506 |
| 108. | 2020.04.09 | John Blakeman messages Individual A, Individual B and  Individual D via Telegram group chat. Blakeman tells the group that he hopes they can review the report he has prepared for them and tells them that, should they look at it closely, they will see what the next steps are for the group to follow in the upcoming months. Following this message, Blakeman sends the group a document named "Project_Hirst_Qualitative_Report_Final_" | <u>DOJ-0001211188</u> | DOJ-0001211188 |
| 109. | 2020.04.10 | Blakeman follows up with  Individual B, Individual A and  Individual D, via Telegram group chat, and asks if anyone has been able to read the report he sent them the day before, and attaches the Project Hirst Qualitative Report. In response,  Individual D tells Blakeman "I'm on it." | <u>DOJ-0001211188</u> | DOJ-0001211188 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 110. | 2020.04.11 | Blakeman messages  Individual B via WhatsApp and asks her to "take a look at the report" he sent her. Blakeman tells Individual B the report is from the "London people". Individual B responds ok. | DOJ-0001188504 | DOJ-0001188505 |
| 111. | 2020.04.14 | Rossini message to Blakeman asking if he discussed the "London Folks" report with "principal subject" | DOJ-0001182131 | DOJ-0001182132 |
| 112. | 2020.04.16 | Individual C tells  Individual A, via WhatsApp, "Super pac. Ready", right after having sent Individual A a link for the SuperPAC 1's website | DOJ-0001195850 | DOJ-0001196135 |
| 113. | 2020.04.16 | Individual C messages Vazquez  "this is the super pc governor. It's created in DC. Ready." After having sent her the link to the Super Pac's website. | DOJ-0000714468 | DOJ-0000714506 |
| 114. | 2020.04.18 | Herrera sends Diaz, via WhatsApp, the internet link for the Prosperity through Leadership PAC, and two pdf documents titled (1) "Why_Act_Now_v1.pdf" and (2) "SuperPAC 1_C4_Wiring_Instructions.pdf." Subsequently, Herrera tells Diaz "The ball is in the madam's possession" and Diaz, in response, agrees | DOJ-0006915093 | DOJ-0006915094 |
| 115. | 2020.04.18 | Herrera sends Blakeman, via WhatsApp, information and documents re "SuperPAC1 (amongst them a document titled "SuperPAC1_C4 wiring instructions") and tells Blakeman ""Ready when you are. " Blakeman responds that he's finishing up in a meeting and he'll read it when on his way. Herrera then responds "Superpac ready" "The question if [he/she] will need us or is no longer interested for x or z [reason]" | DOJ-0001186061 | DOJ-0001186063 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 116. | 2020.04.28 | Herrera sends Diaz via WhatsApp a pdf document titled "Research Presentation.pdf", followed by messages that say "Your Friend", "W." | DOJ-0006915791 | DOJ-0006915791 |
| 117. | 2020.05.04 | Blakeman and Frances Diaz talk about a conference call that Blakeman had with Julio and Individual C | DOJ-0004238873 | DOJ-0004238873 |
| 118. | 2020.05.04 | Rossini messages (WhatsApp) Blakeman and tells him "Just a reminder we have that call 12:30 your time which is 17:30 London time. I will send the link shortly. After we speak with the London firm, he will leave the call and Political Consultant A, who started the Super PAC will join to go over the PAC's efforts etc." Blakeman tells Rossini that CJ will not be able to make the call. | DOJ-0001181747 | DOJ-0001181749 |
| 119. | 2020.05.05 | Individual D messages Blakeman and tells him that O told him to tell Blakeman that they are going to postpone the meeting for 5/6/20 because everyone -for 5/6/20, same time. Blakeman responds "ok." | DOJ-0001186858 | DOJ-0001186858 |
| 120. | 2020.05.05 | Individual B messages Blakeman and tells him "I'll see you today." Blakeman responds "Ok." | DOJ-0001188514 | DOJ-0001188514 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 121. | 2020.05.06 | Rossini sends Blakeman a document titled "Talking Points" followed by information and instructions that must be passed on to the governor. The instructions include a message that Rossini had previously received from Political Consultant A and later shared with Blakeman in which she announces she is firing JD as her campaign manager, amongst other things. Rossini messages Blakeman asking to advise his "friend" that the people behind the Pac want an affirmation that she's decided to win the election. Rossini tells Blakeman "The PAC will kick into gear and publicly she can see the PAC's actions and follow through and expand upon it." Blakeman responds that he's on his way to Fortaleza. | DOJ-0001187311 | DOJ-0001187314 |
| 122. | 2020.05.06 | Blakeman answers to a request for a call from Individual C by calling him via WhatsApp. | DOJ-0001181925 | DOJ-0001181926 |
| 123. | 2020.05.06` | Rossini messages Herrera, "John is seeing her at 5 pm. I've been in touch with John over the last hour. He is aware." Rossini later informed Herrera via text message that he had just received a message from "John" that "he is on his way to see his friend. I provided him all the materials, except of course the budget breakdown." | DOJ-0006915543 | DOJ-0006915543 |
| 124. | 2020.05.06` | Rossini messages  Individual C, "He sees her at 5 today" | DOJ-0006915543 | DOJ-0006915543 |
| 125. | 2020.05.07 | Blakeman asks Julio for OCIF Commissioner B contact information and tells him OCIF Commissioner B should be receiving a call between 5/7/20 and 5/8/20. He then tells Julio that Frances Diaz gave him the contact information | DOJ-0001186072 | DOJ-0001186073 |

| No. | Date | Description | Bates Start | Bates End |
|-----|------|-------------|-------------|-----------|
| 126. | 2020.05.07 | Individual D asks Blakeman to give him OCIF's thing. Blakeman responds he just asked for it and will let him know. Then Blakeman sends him OCIF Commissioner B's contact information and tells OCIF Commissioner B "this is the person." | DOJ-0001186858 | DOJ-0001186859 |
| 127. | 2020.05.07 | Blakeman asks Frances Diaz for OCIF Commissioner B's contact information and she provides it | DOJ-0001187148_000994 | DOJ-0001187148_000994 |
| 128. | 2020.05.07 | Vazquez's Chief of Staff is sent OCIF Commissioner B's contact information by someone who tells him that OCIF Commissioner B is the person that he had talked to Vazquez's Chief of Staff about the day before. [The person] also tells Vazquez's Chief of Staff that it is important to resolve the OCIF matter. | DOJ-0000058790 | DOJ-0000058791 |
| 129. | 2020.05.07 | Rossini messages Blakeman, "Good morning John. How did your meeting go? Have you spoken with Julio Herrera or Individual C." Blakeman responds, "Spoke to Individual C last night. It was a great meeting. They morning they ask me for the number of the proposed new director of OCIF. (What Julio needed)". Rossini responds, "Oh fantastic. Great news." | DOJ-0000075348 | DOJ-0000075348 |
| 130. | 2020.05.07 | Rossini forwards message he sent to Blakeman to Herrera and writes, "What I sent" | DOJ-0006915544 | |
| 131. | 2020.05.07 | Rossini messages Blakeman stating in part "Hi John: I just spoke to a mutual friend whom advised that if/when that gentleman is installed as the OCIF director that with 72 hours 'the switch will be turned on' and the PAC will be on the island forging ahead." Rossini then sent that same message to Herrera with the explanation, translated from Spanish to English, "What I sent." | DOJ-0001182133 | DOJ-0001182133 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 132. | 2020.05.07 | Blakeman sends OCIF Commissioner B's contact information and tells Herrera that OCIF Commissioner B should expect a call between May 7 and May 8 | DOJ-0001186072 | |
| 133. | 2020.05.07 | Rossini messages Herrera that he (Rossini) understands from Blakeman that the message was "delivered loud and clear" and his amiga is "on board." | DOJ-0006915543 | |
| 134. | 2020.05.08 | Blakeman messages Individual D and tells him not to forget about OCIF. Individual D responds he just hung up the phone with [someone] and [that person] will be dealing with appointees "next week." Blakeman complains and asks if [the person] can't give the guy a call "tomorrow" and tell him to swing by "next week" to "relief the pressure." | DOJ-0001186862 | DOJ-0001186862 |
| 135. | 2020.05.08 | Blakeman tells Frances Diaz he arrived to Fortaleza. | DOJ-0001187148_001001 | DOJ-0001187148_001001 |
| 136. | 2020.05.08 | Individual B messages Blakeman and tells him she's in "post 10" and that "they're waiting for your ok." | DOJ-0001188514 | DOJ-0001188514 |
| 137. | 2020.05.12 | Rossini messages Blakeman over WhatsApp and asks if the advice provided has been implemented. Blakeman responds to Rossini that "they are implementing the recommendations." Then Blakeman proceeds to tell Rossini that "The guy for OCIF went to Fortaleza and was interviewed" | DOJ-0001181996 | DOJ-0001181997 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 138. | 2020.05.12 | Rossini messages Herrera, "This is what I just sent to John Blakeman" then sends Herrera the above message about "implementing the recommendations." Then, Rossini messages Herrera and tells him "the guy for OCIF went to Fortaleza and was interviewed. That's a relief. She gets it now." Herrera then complains "Yes but not with her!!! He just meet with the secretary," then, "they are moving very slow." | DOJ-0001182141 | DOJ-0001182142 |
| 139. | 2020.05.13 | Blakeman forwards a message to Diaz via WhatsApp that says the designations for OCIF and Health have been confirmed. | DOJ-0001187148_001067 | DOJ-0001187148_001067 |
| 140. | 2020.05.13 | OS messages Blakeman and tells him the designations for OCIF and Health have been confirmed. | DOJ-0001188133 | DOJ-0001188134 |
| 141. | 2020.05.14 | Rossini messages Blakeman and says "Hi John. Just checking in again. The PAC gent is waiting to get there. Hope your friend is following through on the recommendations... gracias". Blakeman then sends Rossini several documents confirming OCIF Commissioner B's appointment of the new OCIF Commissioner. | DOJ-0001187318 | DOJ-0001187319 |
| 142. | 2020.05.14 | Blakeman sends Julio Herrera a document that states that the governor has appointed a new OCIF Commissioner. | DOJ-0001186074 | DOJ-0001186074 |
| 143. | 2020.05.14 | Individual D sends Blakeman a document that states that the governor has appointed a new OCIF Commissioner. | DOJ-0001186863 | DOJ-0001186863 |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 144. | 2020.05.14 | Blakeman and Diaz discuss OCIF Commissioner B's appointment via WhatsApp. Diaz sends Blakeman a news article about the appointment and Blakeman forwards Diaz a pdf document named "Gobernadora_Vazquez_Garced_designa_secret ario_de_la_Familia_y_Comisionado." | DOJ-0001187148_001076 | DOJ-0001187148_001078 |
| 145. | 2020.05.14 | Diaz sends Herrera, via WhatsApp, a news article titled " Wanda Vazquez appoints  Housing Secretary and OCIF Commissioner." In response, Herrera sends Diaz a pdf Document named in part "Gobernadora_Vazquez..." | DOJ-0006915800 | DOJ-0006915800 |
| 146. | 2020.05.14 | OCIF Commissioner B appointed as new OCIF Commissioner | DOJ-0001182136 | DOJ-0001182138 |
| 147. | 2020.05.14 | Rossini sends Herrera announcement that OCIF Commissioner B is appointed as new OCIF Commissioner. Herrera responds, "Prepare Political Consultant A" and "Looks like we are playing balls" | DOJ-0001182139 | DOJ-0001182139 |
| 148. | 2020.05.14 | Rossini messages an employee of International Consulting Firm, "Hi.  Sorry for the late hour. Just got word to 'prepare Political Consultant A.' Talk tomorrow."  The employee of the International Consulting Firm responded, "Prepare for take off?"  Rossini replies, "Buckle your seatbelts." | DOJ-0000433684 | DOJ-0000433684 |
| 149. | 2020.05.14 | Individual C congratulates Herrera, messaging, "Finally u have power here sir," then informs Herrera that  OCIF Commissioner B would be confirmed by the Puerto Rico Senate "as soon as senate is in session."  In response, Herrera writes, "amen" and that they should "keep it very ND." Individual C replies that power "wont last" unless it is "always silent." | DOJ-0001182361 (pg 26) | DOJ-0001182361 (pg 26) |

| No. | Date | Description | Bates Start | Bates End |
|---|---|---|---|---|
| 150. | 2020.05.21 | Political Consultant A arrives to PR and reaches out to John Blakeman. Blakeman asks him to meet on 5/22/20 at La Concha at 2:30pm | DOJ-0001181887 | DOJ-0001181890 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

RESPECTFULLY SUBMITTED, this 30th day of August, 2024.

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S Department of Justice

*/s/ Ryan R. Crosswell*
Ryan R. Crosswell (G03502)
Nicholas W. Cannon (G01814)
Trial Attorneys
Department of Justice
Public Integrity Section
1301 New York Ave., NW - 10th Floor
Washington, D.C. 20530
(202) 514-8187
Ryan.R.Crosswell@usdoj.gov

W. STEPHEN MULDROW
United States Attorney

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov