THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>Vs<br><br>WANDA VAZQUEZ GARCED,<br><br><br>Defendants. | Criminal No. 22-cr-342-01(SCC) |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT**:

COMES NOW defendant WANDA VAZQUEZ GARCED, by and through her attorneys, and most respectfully STATES, ALLEGES and PRAYS:

In his *Motion to Dismiss* (D. 677) co-defendant Mark Rossini disclosed information provided by the government that is subject to the Protection Order issued by the Court. (D. 76.) Given that the *Motion to Dismiss* includes information that is related only to Governor Vazquez-Garced and has generated unwelcome publicity, she wishes to clarify a few items.

In his *Motion to Dismiss* Mr. Rossini alleges that then Attorney General Vazquez-Garced cooperated with the Federal Bureau of Investigations ("F.B.I.") in an investigation of two high-ranking government officials. The government produced the information disclosed in this motion more than a year ago. At that time, we reviewed the items provided by the government and determined that they were unrelated to the instant case, would not be used in Vazquez-Garced's defense and should be kept private.

On or about July of this year, Mr. Rossini circulated a draft of the *Motion to Dismiss*.

The draft included the disclosure of the F.B.I. investigation that was subsequently disclosed at docket 677. We objected to the disclosure of the F.B.I. investigation and requested that Mr. Rossini remove it. After all, the F.B.I. closed the investigation without finding any evidence of wrongdoing.

We agree that Mr. Rossini's communications with the F.B.I. show a legitimate concern over OCIF's handling of Bancredito's audit and are relevant to the co-defendants lack of criminal intent. However, the disclosure of Vazquez-Garced's participation in an unrelated F.B.I. investigation does not further that purpose and was done against her express wishes.

The timing of this disclosure, without any clarifications from Governor Vazquez-Garced, could have an impact on the upcoming elections and it is a matter of grave concern. The redacted version filed publicly does not include the original documents provided in discovery. It is unfair to the two government officials to face questions when the source documents are unavailable to the press and the public, especially since documents themselves show that no crime was committed by the two officials.

Vazquez Garced is a lifelong prosecutor and former attorney general. And, when confronted with what she perceived as potential illegal activity, she did exactly what a prosecutor should: she alerted the authorities and cooperated with the investigation.

*Informative Motion*

-3-

WHEREFORE, we respectfully pray from this Honorable Court to TAKE NOTICE of this motion.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, September 30, 2024.

| **s/Peter John Porrata**<br>PETER JOHN PORRATA<br>USDC – PR 128901<br>POB 3943<br>Guaynabo, PR 00969-3943<br>Tel. 407-953-9888<br>peterjohnporrata@gmail.com | **s/ Luis A. Plaza-Mariota**<br>Luis A. Plaza-Mariota<br>USDC - PR 124806<br>Luis A. Plaza Law Offices<br>P.O. Box 362122<br>San Juan, PR  00936-2122<br>Tel: 787-764-0310<br>plaza@luisplazalaw.com |
|---|---|
| **s/ Edgar Sanchez Mercado**<br>EDGAR SANCHEZ MERCADO<br>USDC-PR 227004<br>Tel. 787-565-0916<br>esmlawoffice@gmail.com<br><br>255 Avenida Ponce de León, Suite 1210<br>San Juan, Puerto Rico 00918-1475 | **s/ Ignacio Fernández de Lahongrais**<br>IGNACIO FERNANDEZ DE LAHONGRAIS<br>USDC - PR 211603<br>Tel. 787-923-5789<br>ignacio@bufetefernandezalcaraz.com<br><br>255 Avenida Ponce de León, Suite 1210<br>San Juan, Puerto Rico 00918-1475<br><br>*Attorneys for Wanda Vazquez Garced* |

*Informative Motion*

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

          **s/ Ignacio Fernández de Lahongrais**
          IGNACIO FERNANDEZ DE LAHONGRAIS
          USDC - PR 211603
          Tel. 787-923-5789
          ignacio@bufetefernandezalcaraz.com

          255 Avenida Ponce de León, Suite 1210
          San Juan, Puerto Rico 00918-1475