# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>Vs<br><br>WANDA VAZQUEZ GARCED,<br><br>Defendants. | Criminal No. 22-cr-342-01(SCC) |

## MOTION TO JOIN DOCKET NO. 688

**TO THE HONORABLE COURT**:

COMES NOW defendant WANDA VAZQUEZ GARCED, by and through her attorneys, and most respectfully STATES, ALLEGES and PRAYS:

1. On October 2, 2024, codefendant Julio Herrera Velutini filed a *Motion to Dismiss the Indictment for Failure to Allege an "Official Act" and Unconstitutional Vagueness*. ("Motion to Dismiss.")

2. Governor Vazquez Garced joins and adopts the legal arguments presented by Mr. Herrera at Dkt. 688 as they are equally applicable to her.

WHEREFORE, Governor Vazquez Garced respectfully requests the Court to GRANT this motion and, accordingly, grant leave to join the legal arguments set forth in Dkt. 688.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, October 7, 2024.

*Motion for Joinder*

-2-

| | |
|---|---|
| **s/Peter John Porrata**<br>PETER JOHN PORRATA<br>USDC – PR 128901<br>POB 3943<br>Guaynabo, PR 00969-3943<br>Tel. 407-953-9888<br>peterjohnporrata@gmail.com | **s/ Luis A. Plaza-Mariota**<br>Luis A. Plaza-Mariota<br>USDC - PR 124806<br>Luis A. Plaza Law Offices<br>P.O. Box 362122<br>San Juan, PR  00936-2122<br>Tel: 787-764-0310<br>plaza@luisplazalaw.com |
| **s/ Edgar Sanchez Mercado**<br>EDGAR SANCHEZ MERCADO<br>USDC-PR 227004<br>Tel. 787-565-0916<br>esmlawoffice@gmail.com<br><br>255 Avenida Ponce de León, Suite 1210<br>San Juan, Puerto Rico 00918-1475 | **s/ Ignacio Fernández de Lahongrais**<br>IGNACIO FERNANDEZ DE LAHONGRAIS<br>USDC - PR 211603<br>Tel. 787-923-5789<br>ignacio@bufetefernandezalcaraz.com<br><br>255 Avenida Ponce de León, Suite 1210<br>San Juan, Puerto Rico 00918-1475<br><br>*Attorneys for Wanda Vazquez Garced* |

*Motion for Joinder*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

**s/ Ignacio Fernández de Lahongrais**
IGNACIO FERNANDEZ DE LAHONGRAIS
USDC - PR 211603
Tel. 787-923-5789
ignacio@bufetefernandezalcaraz.com

255 Avenida Ponce de León, Suite 1210
San Juan, Puerto Rico 00918-1475
