Set: 3:45 PM
Held: 3:53 PM–4:21 PM

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                Date: February 13, 2025

**BEFORE HONORABLE SILVIA L. CARREÑO-COLL**    CRIM. 3:22-CR-342-SCC

COURTROOM DEPUTY: Jyoti Mehta-López

COURT REPORTER: Robin Dispenzieri

---

|  | **Attorneys:** |
|---|---|
| **USA** | AUSA Myriam Fernández |
|  | Trial Atty. Ryan Crosswell |
|  | Trial Atty. Nicholas Cannon |
| v. |  |
| **WANDA VÁZQUEZ-GARCED** | Luis A. Plaza Mariota |
|  | Peter John Porrata |
|  | Edgar L. Sánchez-Mercado |
| **JULIO M. HERRERA-VELUTINI** | Sonia Torres-Pabón |
|  | Christopher Kise |
|  | Lilly Ann Sánchez |
|  | Robert J. Eatinger, Jr. |
| **MARK T. ROSSINI** | Michael Brian Nadler |
|  | Juan J. Michelen |
|  | Lydia Lizarribar-Masini |

---

**STATUS CONFERENCE held.**

    A Status Conference as to Wanda Vázquez-Garced, Julio M. Herrera-Velutini, and Mark T. Rossini was held on February 13, 2025, by VTC. Appearing on behalf of the Government were AUSA Myriam Y. Fernández-González and Trial Attorneys Ryan R. Crosswell and Nicholas W. Cannon. On behalf of Defendant Vázquez-Garced were Attorneys Luis A. Plaza-Mariota, Peter John Porrata and Edgar L. Sánchez-Mercado. On behalf of Defendant Herrera-Velutini were Attorneys Sonia Torres-Pabón, Lilly Ann Sánchez, Robert J. Eatinger, Jr. and Christopher Kise. Also present on behalf of Defendant Herrera-Velutini was Ms. Nelly Cruz, who is part of his defense team. On behalf of Defendant Rossini were Attorneys Michael Brian Nadler, Juan Michelen and Lydia Lizarribar-Masini.

    Atty. Plaza-Mariota informed the Court that his team was able to retain the services of a new investigator. Accordingly, he moved the Court for an extension of time to file dispositive motions. Atty. Kise also moved the Court for an extension of time to file dispositive motions. He requested an additional 30 days. He argued his team needs to conclude the review of the documents produced by the Government. He informed that his team is still reviewing the Government's

production because it was reportedly not produced in a readable format. His team is currently in the process of converting files to a readable format and deduping documents.

Atty. Plaza-Mariota and Atty. Kise also moved the Court to extend the motions in limine deadline. The Government expressed that it wished to keep the June 9, 2025 deadline.

The Court also clarified that it did not need to hear oral arguments or hold an evidentiary hearing to rule on the pending motions to dismiss at Docket Nos. 676 and 688. The Court will rule on the papers. However, the Court is still amenable to scheduling hearings on an as-needed basis and particularly where motions to suppress are concerned.

Ultimately, the Court agreed to set the following new deadlines: (1) dispositive motions and motions to suppress are due by **April 30, 2025**; and (2) responses to dispositive motions and motions to suppress due by **May 30, 2025**. The pretrial conference will also be moved. But the Court will set that deadline by separate order.

The remaining deadlines will remain as previously set. Should the parties require additional time, so long as the trial date is not affected, they may so move the Court. The Court will then evaluate the merits of the request.

Even though the CIPA Section 5 Notice deadline is set for March 31, 2025, Mr. Kise informed that he should be filing that next week.

To address a sidebar requested by Mr. Kise, the Court finalized proceedings in open court and moved to Chambers. Present at the sidebar held in Chambers were counsel for Defendant Herrera-Velutini and Atty. Plaza-Mariota.

The STA is tolled in the interest of justice to allow the parties time to conclude discovery review and comply with the new deadlines and all remaining deadlines prior to trial. The Court finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial.

*s/ Jyoti Mehta-López*
Jyoti Mehta-López
Courtroom Deputy