**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>          v.<br><br>**[1] WANDA VÁZQUEZ GARCED,**<br>**[2] JULIO M. HERRERA VELUTINI,**<br>**[3] MARK T. ROSSINI,**<br>Defendants. | **CRIMINAL NO. 22-342 (SCC)** |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America by and through the undersigned attorney and before this Honorable Court very respectfully states and prays as follows:

Pursuant to Standing Order No. 9, the United States respectfully requests leave to file a Joint Report and Motion for Extension of Time under the "Selected Parties" restricted status based on the references contained therein. The privacy of said information outweighs the presumption of public access to the accompanying motion. The United States and defendants shall have access to view the document.

**WHEREFORE**, the United States respectfully requests that this Honorable Court grant the restricted designation request.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 22nd day of May, 2025.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

W. STEPHEN MULDROW
United States Attorney

_s/ Seth A. Erbe_____
SETH A. ERBE
USDC-PR No. 220807
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656
seth.a.erbe@usdoj.gov