IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] WANDA VAZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342<br>(SCC) |

MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW, the United States to set forth and request:

In compliance with the Court's Standing Order No. 9 (Amendment to the Restricted Filing and Viewing Levels Module), the United States submits that ECF No. 863 includes details of a sensitive nature. Restricting access to that information circumvents ensuing issues that disclosure would likely entail, including pretrial publicity and subsequent questions regarding the presumption of prejudice. In this instance the right to a fair trial outweighs the right of public access to the matters described at ECF No. 863.

INTENTIONALLY BLANK

WHEREFORE, the United States requests that the Court allow ECF No. 863 to remain restricted to Selected Parties.

## Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 23rd day of May, 2025.

      W. STEPHEN MULDROW
      United States Attorney

      *s/Myriam Y. Fernandez-Gonzalez*
      Myriam Y. Fernandez-Gonzalez - 218011
      Assistant U.S. Attorney
      Torre Chardón, Suite 1201,
      350 Carlos Chardón Street
      San Juan, Puerto Rico 00918
      Office: 787-766-5656
      myriam.y.fernandez@usdoj.gov