Time set: 10:00 AM<br>
Start time: 10:08 AM<br>
End time: 10:18 AM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTE OF PROCEEDINGS:</u>

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

    COURTROOM DEPUTY: María Elena Pintado-Espiet    Date:  June 9, 2025

    COURT REPORTER: (DCR)                           Criminal Case: 22-342 (SCC)

====================================================================

## CASE CALLED FOR STATUS CONFERENCE

A Status Conference as to Wanda Vazquez-Garced, Julio M. Herrera-Velutini and Mark T. Rossini was held on June 9, 2025, by VTC. Appearing on behalf of the Government were US Attorney W. Stephen Muldrow, AUSA Myriam Y. Fernandez-Gonzalez and Trial Attorney Nicholas W. Cannon. On behalf of Defendant Vázquez-Garced were Attorneys Luis A. Plaza-Mariota, Peter John Porrata, Ignacio Fernandez De-Lahongrais and Edgar L. Sanchez-Mercado. On behalf of Defendant Herrera-Velutini were Attorneys Sonia Torres-Pabon, Lilly Ann Sanchez, Christopher Kise, and Robert Joseph Eatinger. On behalf of Defendant Rossini was Attorney Michael Brian Nadler.

The Court began by stating that even though the parties were present by VTC, the courtroom was open to the public and to the members of the press. Upon inquiry from the Court none of the parties objected to this.

Trial Attorney Cannon informed the Court that good faith negotiations have been ongoing in the interest to avoid a lengthy trial. Atty. Christopher Kise confirmed the

Time set: 10:00 AM
Start time: 10:08 AM
End time: 10:18 AM

statements made by the Government and requested to move the set deadlines by 4 days. The Court granted the request and set the following deadlines: **Motions in Limine, Motions to Suppress, and any other dispositive motions are due by June 20, 2025. The Government's responses will be due by July 18, 2025. Proposed Voir Dire and Proposed Jury Instructions due by August 4, 2025.**

**A Pretrial Hearing is set for July 23, 2025, at 9:00 AM, in hybrid fashion via VTC and in Hato Rey Courtroom 6 before Judge Silvia L. Carreno-Coll. The Jury Trial remains as set for August 25, 2025.**

**The deadline for the Government to submit its Omnibus response to CIPA related matters remains as previously set.**

The Court finds that the parties' need to continue engaging in plea negotiations or for trial preparation outweighs the Defendants' and the community's interest in a speedy trial. So, the STA continues to be tolled in the interest of justice until the jury trial begins.

In San Juan, Puerto Rico, this 9th day of June 2025.

s/ María Elena Pintado-Espiet
COURTROOM DEPUTY