IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>VAZQUEZ-GARCED et al<br>Defendant. | CRIMINAL NO. 3:22-cr-00342-SCC-HRV |

### MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY OF RECORD

**TO THE HONORABLE COURT:**

    **COMES NOW**, the United States of America, by and through its undersigned attorney and respectfully states and prays as follows:

    The undersigned is no longer a prosecutor assigned to this case. Consequently, it is respectfully requested that the Court accept this request to withdraw as attorney for the United States in this particular case.

    **WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Max J. Perez-Bouret as the attorney for the prosecution in the instant case.

    **RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 27th day of June, 2025.

                                           W. STEPHEN MULDROW
                                           UNITED STATES ATTORNEY

                                           *s/ Max  Perez-Bouret*
                                           USDC 0222612
                                           Assistant U.S. Attorney  United States Attorney's Office Torre Chardón, Suite 1201
                                           350 Carlos Chardón Ave.
                                           San Juan, P.R. 00918
                                           Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 27th day of June, 2025.

*s/ Max Perez Bouret*
Assistant U.S. Attorney