# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>Vs<br><br>WANDA VAZQUEZ GARCED,<br><br><br>Defendant. | Criminal No. 22-cr-342-01(SCC) |

### NOTICE OF PRESIDENTIAL FULL AND UNCONDITIONAL PARDON

**TO THE HONORABLE COURT**:

COMES NOW defendant WANDA VAZQUEZ GARCED, by and through her attorneys, and provides notice to the Court that she has received and accepted a full and unconditional pardon issued by the President of the United States on January 15, 2026. See D. 895, Exhibit 1.

In light of the presidential full and unconditional pardon and Defendant's acceptance thereof, this matter is moot and Defendant respectfully requests that the Court dismiss with prejudice the above-captioned case and order it closed.

WHEREFORE, having provided notice of the presidential pardon and Defendant's acceptance thereof, Defendant respectfully requests that this Court dismiss the above-captioned case with prejudice and order it closed.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, January 20, 2026.

*Notice of a Full and Unconditional Pardon*

| | |
|---|---|
| **s/Peter John Porrata**<br>PETER JOHN PORRATA<br>USDC – PR 128901<br>POB 3943<br>Guaynabo, PR 00969-3943<br>Tel. 407-953-9888<br>peterjohnporrata@gmail.com | **s/ Luis A. Plaza-Mariota**<br>Luis A. Plaza-Mariota<br>USDC - PR 124806<br>Luis A. Plaza Law Offices<br>P.O. Box 362122<br>San Juan, PR 00936-2122<br>Tel: 787-764-0310<br>plaza@luisplazalaw.com |
| **s/ Edgar Sanchez Mercado**<br>EDGAR SANCHEZ MERCADO<br>USDC-PR 227004<br>Tel. 787-565-0916<br>esmlawoffice@gmail.com<br><br>255 Avenida Ponce de León, Suite 1210<br>MCS Plaza<br>San Juan, Puerto Rico 00918-1475 | **s/ Ignacio Fernández de Lahongrais**<br>IGNACIO FERNANDEZ DE LAHONGRAIS<br>USDC - PR 211603<br>Tel. 787-923-5789<br>ignacio@bufetefernandezalcaraz.com<br><br>255 Avenida Ponce de León, Suite 1210<br>MCS Plaza<br>San Juan, Puerto Rico 00918-1475<br><br>*Attorneys for Wanda Vazquez Garced* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

                                                **s/ Ignacio Fernández de Lahongrais**
                                                IGNACIO FERNANDEZ DE LAHONGRAIS
                                                USDC - PR 211603
                                                255 Avenida Ponce de León, Suite 1210
                                                San Juan, Puerto Rico 00918-1475
                                                Tel. 787-923-5789
                                                ignacio@bufetefernandezalcaraz.com